740 A.2d 1072

IN THE MATTER OF HARVEY H. GILBERT,
AN ATTORNEY AT LAW.

November 24, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **HARVEY H. GILBERT** of **MORRISTOWN**, who was admitted to the bar of this State in 1971, and who was suspended from the practice of law for a period of three months effective August 11, 1999, by Order of this Court dated July 15, 1999, be restored to the practice of law, effective immediately.

740 A.2d 1072

IN THE MATTER OF PATRICK DI MARTINI,
AN ATTORNEY AT LAW.

November 24, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **PATRICK DI MARTINI** of **JERSEY CITY**, who was admitted to the bar of this State in 1958, and who was suspended from the practice of law for a period of three months effective July 5, 1999, by Order of this Court dated June 11, 1999, be restored to the practice of law, effective immediately.